NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SAMISH INDIAN NATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5067

---

Appeal from the United States Court of Federal Claims in case no. 02-CV-1383, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

## ORDER

The United States moves for a 10-day extension of time, until July 8, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**JUN 1 6 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Craig J. Dorsay, Esq.
     Thekla Hansen-Young, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2010

JAN HORBALY
CLERK